AO 91 (Rev. 08/09) Criminal Complaint

AUSA Diana M. Acosta

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ISAIAS AVELINO-CRUZ,<br>a/k/a "Isaias Avelino Cruz,"<br>a/k/a "Alberto Ramirez Cruz,"<br>a/k/a "Brigido Avelino-Cruz,"<br><br>*Defendant(s)* | Case No. 15-146-FJL<br><br>FILED by _____ D.C.<br>OCT 23 2015<br>STEVEN M. LARIMORE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. - FT. PIERCE |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 26, 2015__ in the county of __Highlands__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Damian Weston, Deportation Officer, Immigration & Customs Enforcement
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/23/15

_____
*Judge's signature*

City and state: Fort Pierce, Florida

Frank J. Lynch, Jr., Chief U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF DAMIAN WESTON
## IMMIGRATION CUSTOMS & ENFORCEMENT
## DEPARTMENT OF HOMELAND SECURITY
## ENFORCEMENT AND REMOVAL OPERATIONS

I, Damian Weston, being duly sworn, depose and state that:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over four years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause.

3. On September 26, 2015, Isaias AVELINO-CRUZ, (also known as Isaias AVELINO CRUZ, Alberto Ramirez CRUZ and Brigido AVELINO-CRUZ) was arrested on a state offense of aggravated assault with a deadly weapon and domestic battery by strangulation, in Highlands County, Florida. On or about this same date, Isaias AVELINO-CRUZ, using the alias Isaias AVELINO CRUZ, was also fingerprinted by the Highlands County Jail booking officials.

4. On September 28, 2015, I was made aware that Isaias AVELINO-CRUZ had been arrested, in Highlands County, in the Southern District of Florida.

5. On September 30, 2015, I received the Immigration file bearing control number A XXX XXX 972, corresponding to Isaias AVELINO-CRUZ. The records located within the Immigration file confirm that Isaias AVELINO-CRUZ is a native and citizen of Mexico. In addition, the records also show that on or about March 21, 2009, Isaias AVELINO-CRUZ was ordered removed from the United States. A Notice to Alien Ordered Removed/Departure Verification (Form I-296) was executed on March 23, 2009, and Isaias AVELINO-CRUZ was removed from the United States to Mexico. Prior to being removed, law enforcement obtained Isaias AVELINO-CRUZ's fingerprint on the Warrant of Removal/Deportation.

6. A further review of the A-file shows that Isaias AVELINO-CRUZ, was convicted, on or about March 23, 2009, in the United States District Court, District of Arizona, of the violation of Title 8, U.S.C., 1325, improper entry by alien.

7. I received the Certificate of Nonexistence of Records pertaining to Isaias AVELINO-CRUZ under Alien File Number A XXX XXX 972. The Certificate of Nonexistence of Record confirms that, after a diligent search, no record was found to exist indicating that Isaias AVELINO-CRUZ had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security, for readmission into the United States, as required by law.

8. The fingerprints of Isaias AVELINO-CRUZ, labeled as Isaias AVELINO-CRUZ, taken on or about September 26, 2015, by the Highlands County Jail booking officials, were compared to the following fingerprints by Richard Abbott, Senior Border Patrol Agent, Certified Fingerprint Examiner, United States Border Patrol, Riviera Beach, Florida:

- The fingerprint taken on the Notice to Alien Ordered Removed/Departure Verification (form I-296), executed on March 23, 2009.

After comparing these prints, he determined that the fingerprints on the documents belonged to the same person, Isaias AVELINO-CRUZ.

9. Based on the foregoing, I believe there exists sufficient probable cause to charge Isaias AVELINO-CRUZ with violating Title 8, U.S.C., Section 1326(a).

Further your affiant sayeth naught.

_____
Damian Weston, Deportation Officer
Immigration and Customs Enforcement

Sworn and subscribed to before me this 23 day of October, 2015, in Ft. Pierce, Florida.

_____
Frank J. Lynch, Jr.
Chief United States Magistrate Judge